# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eka Phantsulaia, | No. CV-25-04003-PHX-KML (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Gregory J Archambeault, et al., | |
| Respondents. | |

Petitioner filed a petition for writ of habeas corpus under § 2241 challenging her immigration detention. (Doc. 1.) The petition was transferred to this court from the Southern District of California. Respondents filed their response to the petition (Doc. 8.) Petitioner has not filed a reply. The court will direct petitioner to file a status update regarding her immigration proceedings before ruling on the petition.

**IT IS THEREFORE ORDERED** no later than **February 4, 2026**, petitioner must file a status update on her immigration proceedings.

Dated this 2nd day of February, 2026.

Honorable Krissa M. Lanham
United States District Judge