# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eka Phantsulaia,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Gregory J Archambeault, et al.,<br><br>　　　　　Respondents. | No. CV-25-04003-PHX-KML (JZB)<br><br>**ORDER** |

　　　　Petitioner filed this action in the Southern District of California on September 2, 2025 challenging her immigration detention. The petition was transferred to this district on October 24, 2025. The court solicited a status update regarding petitioner's removal proceedings. Petitioner's status report reflects she was granted asylum on November 14, 2025, and the government did not appeal that decision. (Doc. 15.)  It appears, therefore, that there is no statutory basis to continue to detain petitioner. Respondents must provide a status update no later than February 6, 2026, indicating whether petitioner remains in immigration custody and, if so, the statutory basis authorizing that detention.

　　　　**IT IS THEREFORE ORDERED** respondents must file a status report as directed herein no later than **February 6, 2026**.

/
/
/
/

1     **IT IS FURTHER ORDERED** the clerk of court must immediately transmit by email a copy of this order to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at Theo.Nickerson2@usdoj.gov.

    Dated this 5th day of February, 2026.

*[signature]*

**Honorable Krissa M. Lanham**
**United States District Judge**