IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eka Phantsulaia,<br><br>        Petitioner,<br><br>v.<br><br>Gregory J Archambeault, et al.,<br><br>        Respondents. | No. CV-25-04003-PHX-KML (JZB)<br><br>**ORDER** |

    Petitioner filed this action in the Southern District of California on September 2, 2025 challenging her immigration detention. The petition was transferred to this district on October 24, 2025. (Doc. 11.) The court solicited a status update regarding petitioner's removal proceedings, which reflected she was granted asylum on November 14, 2025, and the government did not appeal that decision. (Doc. 15.) Petitioner was thereafter released from immigration detention on November 17, 2025 and respondents argued the petition is moot. (Doc. 19.) Petitioner opposed dismissal based on mootness, relying on the voluntary cessation doctrine. (Doc. 20.) Petitioner seeks declaratory relief that her prior detention was unlawful, which she believes will constrain respondents' ability to redetain her in the future. (Doc. 20.)

    Because petitioner is no longer in custody, the petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported.") Further, "[a] case or controversy exists justifying declaratory

relief only when 'the challenged . . . activity . . . is not contingent, has not evaporated or disappeared, and, by its continuing and brooding presence, casts what may well be a substantial adverse effect on the interests of the . . . parties.'" *Bayer v. Neiman Marcus Grp., Inc.*, 861 F.3d 853, 867 (9th Cir. 2017). Any argument petitioner will be redetained is speculative and does not merit retrospective declaratory relief. The petition and this action will be dismissed as moot.

**IT IS THEREFORE ORDERED** petitioner's petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the clerk of court must enter judgment accordingly and close this case.

Dated this 6th day of March, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge